ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MEGAN E. WESSEL, ESQ.
Nevada Bar No.14131
INDIA C. BURTON, ESQ.
Nevada Bar No. 15022
**PHILLIPS, SPALLAS & ANGSTADT, LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
mwessel@psalaw.com
iburton@psalaw.net

*Attorneys for Defendant*
*Walmart Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH DINKEL,<br><br>                    Plaintiff,<br><br>v.<br><br>WALMART INC. dba WALMART #2593;<br>DOES I through X, inclusive; and ROE<br>CORPORATIONS I through X, inclusive,<br><br>                    Defendants. | Case No.: 2:21-cv-00299-KJD-VCF<br><br>**~~STIPULATION AND~~ ORDER FOR**<br>**DISMISSAL WITH PREJUDICE** |

   IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear

. . .

. . .

. . .

. . .

. . .

. . .

. . .

their own costs and attorney's fees.

DATED this 7th day of ~~September~~ October 2021.

THE 702 FIRM

*signature*

Janet L. Merrill, Esq.
Nevada Bar No. 10736
400 South Seventh St., Suite 400
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*
*Deborah Dinkel*

DATED this 8th day of September 2021.

PHILLIPS, SPALLAS & ANGSTADT

*signature*

Robert K. Phillips, Esq.
Nevada Bar No. 11441
Megan E. Wessel, Esq.
Nevada Bar No. 14131
India C. Burton, Esq.
Nevada Bar No. 15022
504 South Ninth Street
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Walmart Inc.*

*Deborah Dinkel v. Walmart Inc.*
*Case No. 2:21-cv-00299-KJD-VCF*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this <u>12th</u> day of October, 2021.

_____
**UNITED STATES DISTRICT JUDGE**